# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 17-10819M |
| Jose Manuel Lopez-Garcia | Citizenship: Mexico |

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
COUNT 1: On or about September 13, 2017 at or near Douglas, Arizona, in the District of Arizona, Jose Manuel Lopez-Garcia, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on March 31, 2013 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(1).
COUNT 2: That on or about September 13, 2017 at or near Douglas, Arizona in the District of Arizona, Jose Manuel Lopez-Garcia, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code 1325(a)(1).

Jose Manuel Lopez-Garcia is a citizen of Mexico. On March 31, 2013, Jose Manuel Lopez-Garcia was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On September 13, 2017, agents found Jose Manuel Lopez-Garcia in the United States at or near Douglas, Arizona without the proper immigration documents. Jose Manuel Lopez-Garcia did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Jose Manuel Lopez-Garcia, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Jose Manuel Lopez-Garcia admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on September 13, 2017, at or near Douglas, Arizona.

File Date: 09/14/2017

at Tucson, Arizona

Ryan Worden, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 09/14/2017

Bernardo P. Velasco
United States Magistrate Judge

Alien Number: 088 038 105